

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-19-00012-CR

MAXIMILLION NICHOLAS MORENO, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 22nd District Court
Hays County, Texas
Trial Court No. CR-14-0604

Before Morriss, C.J., Burgess and Stevens, JJ.

## O R D E R

The clerk's record in this appeal was filed April 8, 2019, and the reporter's record was filed June 19, 2019, making the appellant's brief originally due July 19, 2019. This Court extended that briefing deadline twice, on appellant's motions, resulting in the most recent due date of September 9, 2019. While we warned counsel when granting his second motion that further extension requests would not be granted, counsel has filed a third motion seeking another extension of the briefing deadline.

We have reviewed the case file and appellate record, as well as counsel's most recent motion to extend time, and find no extraordinary circumstances that would warrant an additional extension of the filing deadline. Consequently, counsel's most recent motion to extend the deadline for filing appellant's brief in this matter is denied.

We hereby order counsel to file the appellate brief in this matter on or before October 9, 2019.

IT IS SO ORDERED.

BY THE COURT

Date: September 17, 2019